This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**LEA COUNTY CORRECTIONAL FACILITY,**

Plaintiff-Appellee,

v.                                                                NO.   29,552

**DEVIN JASPERSE,**

Defendant-Appellant.

**APPEAL FROM THE LEA COUNTY CORRECTIONAL FACILITY ADMINISTRATIVE DECISION**
**Lt. B. Buckelew, Hearing Officer**

Devin Jasperse
Hobbs, NM

Pro Se Appellant

Lea County Correctional Facility
Hobbs, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Defendant, an inmate in the Lea County jail, attempts to appeal, pro se, the Warden's final decision that he was guilty of a drug offense, and his placement in administrative segregation. [Informal Docketing Statement, Ct. App. file--blue clip] He has attempted to appeal directly to our Court. Our notice proposed to dismiss this appeal, reasoning that we are without jurisdiction because the required avenue from such a Warden's decision is an appeal or habeas petition to district court. Defendant has not responded to our notice and the time for doing so is long past.

Accordingly, we dismiss this appeal.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**JONATHAN B. SUTIN, Judge**

2